**Order entered August 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01469-CV

### CRESENCIO BASTIDA, Appellant

### V.

### RICHARD AZNARAN, INDIVIDUALLY, AND RICHARD AZNARAN D/B/A THE HATTON RANCH, Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02287-06**

## ORDER

The Court has before it appellees' August 12, 2013 second unopposed motion for extension of time to file appellees' brief. The Court **GRANTS** the motion and **ORDERS** appellees to file their brief by September 12, 2013. No further extensions shall be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE